### 10062. LOWE v. THE STATE.

HARWELL, J. Only the usual general grounds assign error in the motion for a new trial. There was some evidence to support the verdict, and, it having been approved by the trial judge, this court can not interfere.

*Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*
DECIDED NOVEMBER 16, 1918.

Indictment for burglary; from Hall superior court—Judge J. B. Jones. August 10, 1918.

*Boyd Sloan, Claud B. Barrett,* for plaintiff in error.

*Robert McMillan, solicitor-general,* contra.

---

### 10068. DANIEL v. THE STATE.

HARWELL, J. 1. The grounds of the motion for a new trial based upon objections to the admission of testimony being expressly disapproved by the trial judge, can not be considered.

2. The evidence connecting the defendant with the theft of the cow, as charged, together with the confessions, was sufficient to authorize the verdict.

*Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*
DECIDED NOVEMBER 16, 1918.

Indictment for larceny; from Jefferson superior court—Judge Hardeman. August 6, 1918.

*Evans & Evans,* for plaintiff in error.

*Walter F. Grey, solicitor-general,* contra.